[No. 40275-1-II.   Division Two.   November 18, 2011.]

THE STATE OF WASHINGTON, *Respondent*, v. DERRICK LANG HUNTER, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 07-1-01406-5, James R. Orlando, J., entered January 29, 2010. *Affirmed* by unpublished opinion per Johanson, J., concurred in by Penoyar, C.J., and Van Deren, J.

[No. 65239-7-I.   Division One.   November 21, 2011.]

THE STATE OF WASHINGTON, *Respondent*, v. WENDY DAWN MOSLEY, *Appellant*.

Appeal from a judgment of the Superior Court for Whatcom County, No. 09-1-00660-4, Steven J. Mura, J., entered April 14, 2010. *Affirmed* by unpublished opinion per Leach, A.C.J., concurred in by Lau and Spearman, JJ.

[No. 65526-4-I.   Division One.   November 21, 2011.]

THE STATE OF WASHINGTON, *Respondent*, v. ANDRE DEVON WELLS, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 09-1-07431-0, Regina S. Cahan, J., entered May 17, 2010. *Affirmed* by unpublished opinion per Grosse, J., concurred in by Becker and Schindler, JJ.

[No. 65563-9-I.   Division One.   November 21, 2011.]

THE STATE OF WASHINGTON, *Respondent*, v. MALCOLM JAMES FONTENOT, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 09-1-05097-6, Michael Hayden, J., entered June 11, 2010. *Affirmed* by unpublished opinion per Grosse, J., concurred in by Becker and Schindler, JJ.